IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **KAREN TAYLOR**<br>7202 Donnell Place<br>Forestville, MD 20747<br><br>    Plaintiff,<br><br>v.<br><br>**HON. CONDOLEEZA RICE,**<br>Secretary of State<br>in her official capacity<br>United States Department of State<br>2201 C Street, NW<br>Washington, DC 20520<br><br>    Defendant. | **Civil Case No.**<br><br>**Jury Demand** |

## COMPLAINT

UNLAWFUL DISCRIMINATION

1. Plaintiff through her counsel, Jimmy A. Bell, Esq., respectfully presents this complaint against Defendant to enforce her rights under the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. and Civil Rights Act of 1991.

### JURISDICTION

2. Jurisdiction of this Court is based upon the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. and Civil Rights Act of 1991.

3. Venue lies in District of Columbia as the discriminatory acts complained of occurred

1

within said jurisdiction.

## FACTUAL BASIS OF THE COMPLAINT

4. Plaintiff is an African American citizen of the United States who resides at the address set forth in the caption above at all times material to this complaint.

5. Plaintiff is a member of a protected class (African American).

6. Plaintiff is an employee of United States Department of State.

7. Plaintiff engaged in protected conduct by filing a discrimination complaint against her immediate supervisors (the Defendant).

8. Plaintiff's immediate supervisors knew of Plaintiff's protected conduct (filing a complaint against her immediate supervisors).

9. Plaintiff suffered adverse employment actions after engaging in protected conduct.

10. There is a causal link between the protected conduct that the Plaintiff engaged in and the Defendant's adverse action against Plaintiff.

11. Plaintiff has been subjected to retaliation and malicious acts as a result of filing a discrimination complaint against his immediate supervisors.

12. The Plaintiff was discriminated against based on reprisal (prior EEO complaint activity), race, and black when the Bureau of Resources Management, Executive Office (RM/EX in Washington, D.C.) inappropriately obtained and reviewed a copy of her confidential medical documentation on March 29, 2005, following her request for leave without pay in December 2004. The Defendant failed to process her pay for annual and sick leave, and changed her "Leave Without Pay" form without her permission or consent. Defendant's actions affected the terms and conditions of Plaintiff's employment.

13. Plaintiff has been subjected to discrimination and malicious acts as a result of filing a discrimination suit against her immediate supervisors.

14. Plaintiff was treated differently than similarly situated individuals not in the Plaintiff's protected class.

15. There is a causal link between the disparate treatment of those who had not engaged in protected activity, or who had engaged in similar activity to the Plaintiff, albeit non-protected, but who were not similarly treated by the Defendant.

16. Plaintiff exhausted all of his administrative remedies because Defendant accepted Plaintiff's claims for investigation and over 180 days has passed since the formal investigations began.

17. Defendant's action had a significant effect on Plaintiff and her family.

18. As a result of harassment Plaintiff suffered the following:

    Mental Strain.

    Defamation of character on the job.

    Public humiliation.

    Loss of pay and time in grade.

## STATEMENT OF CLAIM

### Count I:  Discrimination based on (reprisal, race, and black)

19. Plaintiff repleads and realleges paragraphs 1 through 18 above with the same force and effect as if set forth separately and at length herein.

20. The Plaintiff was discriminated against based on reprisal (prior EEO complaint activity),

when the Bureau of Resources Management, Executive Office (RM/EX in Washington, D.C.) inappropriately obtained and reviewed a copy of her confidential medical documentation on March 29, 2005, following her request for leave without pay in December 2004. The Defendant failed to process her pay for annual and sick leave, and changed her "Leave Without Pay" form without her permission or consent.

**Count II:**    **Discrimination based on (race) RM/EX Washington, D.C./ Executive Office**

21.  The Plaintiff applied for the GS-14 positions of Supervisory Accountant and Overseas Division Chief. Id. at 3. Despite Plaintiff being qualified for the position, persons outside of her protected class were selected. The two positions were filled by both white individuals outside her protected class.

22.  Plaintiff, seeks the following relief:

23.  Compensatory damages for pain and suffering, humiliation and discrimination in the amount of $300,000 dollars.

24.  Back pay and front pay.

25.  Pre and Post-judgment interest.

26.  The cost of litigation, including reasonable attorney's fees and expert witness' fees.

27.  Such other relief as may be just.

### JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
Telephone: (301)599-7620
Fax: (301)599-7623
**Bar # MD14639**