**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KAREN TAYLOR,** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: **1:06-cv-01073-HHK** |
| v. : | |
| : | |
| **CONDOLEEZA RICE** | |
| **(In her Official Capacity),** : | |
| : | |
| Defendant. : | |
| _____ : | |

**PLAINTIFF'S MOTION FOR LEAVE**
**OF COURT TO REISSUE SUMMONS**

COMES NOW, Plaintiff Karen Taylor, by and through her attorney Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully asks this Court to reissue a summons to the Defendant in the above-captioned matter.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b), this Court may, at any time, and for cause shown, "enlarge the time period for an act required to be done in a specific time."

2. The above-captioned matter was filed on June 12, 2006.

3. According to the ECF docket report (annexed hereto), a summons in the above-captioned matter was issued on June 13, 2006.

4. Plaintiff has never received the summons in this case.

5. Less than 120 days has passed from the issue of the summons on June 13, 2006.

6. For this reason, Plaintiff asks this Court to reissue a summons to be served, along with the Complaint, on the Defendant.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Honorable Court GRANT Plaintiff's Motion.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for Plaintiff
Bar No. MD 14639

Dated: August 30, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                            :
**KAREN TAYLOR,**                           :
                                            :
    Plaintiff,             :
                                            :    **Case No.:  1:06-cv-01073-HHK**
v.                                          :
                                            :
**CONDOLEEZA RICE**                         :
**(In her Official Capacity),**             :
                                            :
    Defendant.             :
_____:

**ORDER**

    In consideration of Plaintiff's Motion for Leave of Court to Reissue Summons, it is hereby ORDERED that Plaintiff's Motion for Leave of Court to Reissue Summons is GRANTED.

    SO ORDERED, this ___ day of September, 2006.


                                        _____
                                        US District Court Judge