JURY, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01073-HHK

TAYLOR v. RICE  
Assigned to: Judge Henry H. Kennedy  
Demand: $300,000  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 06/12/2006  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

KAREN TAYLOR  represented by  Jimmy A. Bell  
9610 Marlboro Pike  
Upper Marlboro, MD 20772  
(301) 599-7620  
Fax: (301) 599-7623  
Email: jimbellesq@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

CONDOLEEZA RICE  
*Honorable, Secretary of State, in her official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2006 | 1 | COMPLAINT against CONDOLEEZA RICE (Filing fee $ 350) filed by KAREN TAYLOR.(lc, ) (Entered: 06/13/2006) |
| 06/12/2006 | | SUMMONS (3) Issued as to CONDOLEEZA RICE, U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 06/13/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2006 11:55:14 | | | |
| **PACER Login:** | jb1201 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01073-HHK |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |