UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR,<br>7202 Donnell Place<br>Forestville, MD 20747<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. CONDOLEEZZA RICE, Secretary<br>United States Department of State<br>2201 C Street, NW<br>Washington, DC 20520<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 06-1073 (HHK) |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: April 23, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　John C. Truong, D.C. Bar # 465901
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 307-0406
　　　　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　　John.Truong@usdoj.gov