UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN TAYLOR<br><br>Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE<br><br>Secretary of State<br>United States of America<br><br>Defendant | Civil Action No. 06-1073 (HHK) |

## ANSWER

Defendant Condoleezza Rice, in her official capacity as Secretary of State, hereby answers plaintiff's Complaint as follows.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that she failed to timely file her administrative claims of discrimination and reprisal.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that she has failed to exhaust her administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

Defendant responds to the allegations raised in the numbered paragraphs of the Complaint as follows:

1. Admit that Plaintiff files this Complaint under Title VII against Defendant. Except for the foregoing admission, Defendant does not have sufficient information or knowledge to admit or deny the remaining allegations and, therefore, denies them.

2. This paragraph consists of plaintiff's statement of subject matter jurisdiction, to which no response is required. To the extent that a response is deemed required, deny that this Court may have subject matter jurisdiction over some or all of plaintiff's claims.

3. This paragraph consists of plaintiff's statement of venue, to which no response is required. To the extent that a response is deemed required, admit that venue lies in this judicial district.

4. Admit that plaintiff is an African American. Defendant is without information sufficient to either admit or deny the remaining allegations set forth in paragraph 4 and therefore denies the same.

5. Admit.

6. Denied.

7. Admit that plaintiff filed a Formal Complaint of Discrimination on or about November 30, 2004.

8. Admit that plaintiff's first and second-level supervisors became aware of the Formal Complaint of Discrimination filed by plaintiff on or about November 30, 2004.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Defendant is without sufficient information or knowledge to admit or deny the allegations in this paragraph and, therefore, denies them.

17. Defendant is without sufficient information or knowledge to admit or deny the allegations in this paragraph and, therefore, denies them.

18. Defendant is without sufficient information or knowledge to admit or deny the allegations in `this paragraph and, therefore, denies them.

19. Defendant hereby incorporates by reference its responses to Paragraphs 1-18.

20. Denied.

21. Admit that plaintiff applied for the position of GS-14 Supervisory Accountant and also interviewed for the position of GS-14 Overseas Division Chief but was not selected for either of these two positions. Defendant further admits that two white employees were selected for the two positions.

22-27. The allegations contained in paragraphs 22-27 are plaintiff's prayer for relief, to which no response is required. To the extent a response is required, defendant denies that plaintiff is entitled to the relief demanded in the Complaint or to any relief whatsoever. Defendant further avers that any award of compensatory damages would be subject to and limited by 42 U.S.C. § 1981a(b)(3)(D).

Defendant hereby denies each and every other allegation that is not specifically admitted.

WHEREFORE, defendant respectfully asks that this case be dismissed with prejudice and that this Court order such other relief as may be appropriate.

Dated: June 11, 2007.                    Respectfully submitted,

                                         ____//s//_____
                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                         United States Attorney

                                         ____//s//_____
                                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                                         Assistant United States Attorney

                                         ____//s//_____
                                         JOHN C. TRUONG, D.C. BAR # 465901
                                         Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 307-0406

                                         Attorneys for Defendant