UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN TAYLOR,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CONDOLEEZA RICE,**<br>**(In her official capacity)**<br><br>　　　　　　**Defendant.** | Civil Action 06-01073  (HHK) |

ORDER OF REFERRAL
TO MAGISTRATE JUDGE FOR MEDIATION

　　With the consent of the parties, it is this 2nd day of July, 2007, hereby

　　**ORDERED** that the above-captioned action is referred to Magistrate Judge Deborah A. Robinson for mediation to commence no sooner than September 5, 2007, and to conclude no later than November 5, 2007.

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge