# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAREN TAYLOR, | : |
| Plaintiff, | : Civil Case No. 06-cv-01073-HHK |
| v. | : |
| CONDOLEEZA RICE, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DATES

The parties have agreed in principle to settle the above-captioned matter. The parties are in the process of finalizing the terms the Settlement Agreement and anticipate submitting a Stipulated Settlement Agreement and Order for the Court's approval in the next 30 days.

In light of this development, the parties respectfully request that the Court vacate all deadlines.

Dated: October 26, 2007.                Respectfully Submitted,

                         _//s/__with permission_____
                         Jimmy A. Bell, Esq. (Bar No. MD 14639)
                         Law Office of Jimmy A. Bell, P.C.
                         9610 Marlboro Pike
                         Upper Marlboro, MD  20772
                         (301) 599-7620
                         (301) 599-7623 (Fax)
                         jimbellesq@aol.com

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR, | : | |
| Plaintiff, | : | Civil Case No. 06-cv-01073-HHK |
| v. | : | |
| CONDOLEEZA RICE, | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the Notice of Settlement and Motion to Vacate All Dates and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that all deadlines in the above-captioned case are and be hereby VACATED; it is

FURTHER ORDERED that the parties shall have 30 days from the date of this Order to submit a Stipulated Settlement Agrement and Order for the Court's approval; and it is

FURTHER ORDERED that if settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court.

SO ORDERED.

_____
U.S. District Judge