IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR, | ) | |
| | ) | |
| | ) | : |
| Plaintiff, | ) | Civil Case No. 06-cv-01073-HHK |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION TO CONTINUE DECEMBER 7, 2007
STATUS HEARING**

Defendant respectfully requests that this Court reschedule the Status Hearing set for December 7, 2007, at 10:00am. Pursuant to Local Rule 7(m), the undersigned counsel left a voicemail and sent an email to Plaintiff's counsel seeking consent for this Motion; however, at the time of this filing, the undersigned counsel has not heard from Plaintiff's counsel.

There is good cause for the Court to reschedule the Status Hearing. The parties have agreed in principle to settle the above-captioned matter. The parties have exchanged drafts of the settlement agreement. In fact, Plaintiff and Plaintiff's counsel executed a preliminary draft of the settlement agreement. However, upon further review by the undersigned counsel's supervisory staff, some changes were made to the settlement agreement.

On December 5, 2007, the undersigned counsel sent a "revised" settlement agreement to Plaintiff's counsel for review and execution. The undersigned counsel had hoped to file a fully executed settlement agreement with the Court today as to obviate the need for the status hearing on December 7, 2007; however, to date, the undersigned counsel has not received a signed settlement agreement from Plaintiff.

In light of the parties' progress in consummating the settlement agreement in this case, Defendant respectfully requests that the Court reschedule the Status Hearing to a date in January 2008, to give the parties an opportunity to file the settlement agreement with the Court.

Dated: December 6, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAREN TAYLOR, | ) | |
| | ) | |
| | ) | : |
| Plaintiff, | ) | Civil Case No. 06-cv-01073-HHK |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Reschedule The Status Hearing of December 7, 2007, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Status Hearing be and is hereby RESCHEDULED to \_\_\_ of January, 2008, at \_\_\_\_am/pm.

SO ORDERED.

_____
U.S. District Judge