## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN TAYLOR, ) | |
| ) | |
| ) | : |
| Plaintiff, ) | Civil Case No. 06-cv-01073-HHK |
| ) | |
| v. ) | |
| ) | |
| CONDOLEEZA RICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE RE: DEFENDANT'S MOTION TO CONTINUE DECEMBER 7, 2007 STATUS HEARING**

Approximately thirty minutes after Defendant filed the Motion to Continue the December 7, 2007 Hearing (Dkt. No. 11), Plaintiff's counsel finally contacted the undersigned counsel and gave his consent to the said Motion.

Therefore, the Motion to Continue is now a "consent" Motion to Continue. In light of this new development, Defendant respectfully requests that the Court grant the "consent" motion to continue the December 7th status hearing.

Dated: December 6, 2007.                    Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong

JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant