## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR, | ) | |
| | ) | |
| | ) | : |
| Plaintiff, | ) | Civil Case No. 06-cv-01073-HHK |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S CONSENT MOTION TO
### CONTINUE THE FEBRUARY 5, 2008 STATUS HEARING

Defendant respectfully requests that this Court reschedule the Status Hearing set for February 8, 2008, at 12:15pm.  Pursuant to Local Rule 7(m), the parties conferred and we both believe that it would advance judicial resources for the Court to continue the Status Hearing.

There is good cause for the Court to reschedule the Status Hearing.  As we reported to the Court at the last status hearing on January 7, 2008, the parties have agreed in principle to settle the above-captioned matter.  The parties have exchanged drafts of the settlement agreement.  In fact, Plaintiff and Plaintiff's counsel executed a preliminary draft of the settlement agreement.  However, upon further review by the undersigned counsel's supervisory staff, some changes were made to the settlement agreement.

We also advised the Court that the parties will collaborate to finalize the terms of the Settlement Agreement before filing it with the Court.  Last week, counsel for Plaintiff informed the undersigned counsel that counsel was leaving town because of an emergency family matter and will not be in town for the February 8th hearing.  Counsel for Plaintiff did not indicate when he expects to be back in town.  Since the parties are still working to finalize the terms of the

Settlement Agreement and counsel for Plaintiff is out of town the Court should continue the hearing to give the parties an opportunity to finalize the terms of the Settlement Agreement.

For the foregoing reasons, the Court should continue the Status Hearing for thirty days.

Dated: February 5, 2008.            Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR, | ) | |
| | ) | |
| | ) | : |
| Plaintiff, | ) | Civil Case No. 06-cv-01073-HHK |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Reschedule The Status Hearing of February 8, 2008, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Status Hearing set for February 8, 2008, be and is hereby RESCHEDULED to \_\_\_ of March, 2008, at \_\_\_\_am/pm.

SO ORDERED.

_____
U.S. District Judge