# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR, | ) | |
| | ) | |
| | ) : | |
| Plaintiff, | ) | Civil Case No. 06-cv-01073-HHK |
| | ) | |
| v. | ) | Next Court date: 3/19/08 |
| | ) | at 10:00 a.m. |
| CONDOLEEZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S CONSENT MOTION TO
## CONTINUE THE MARCH 19, 2008 STATUS HEARING

Defendant respectfully requests that this Court vacate or reschedule the Status Hearing set for March 19, 2008, at 10:00 a.m. Pursuant to Local Rule 7(m), the parties conferred and the parties believe that it would advance judicial economy and conserve resources for the Court to vacate or continue the Status Hearing because the parties have settled this matter.

There is good cause for the Court to vacate or reschedule the Status Hearing. As we reported to the Court at the last status hearing on January 7, 2008, the parties have agreed in principle to settle the above-captioned matter. The parties have exchanged drafts of the settlement agreement. In fact, Plaintiff and Plaintiff's counsel executed a preliminary draft of the settlement agreement. However, upon further review by the undersigned counsel's supervisory staff, some changes were made to the settlement agreement.

Defendant has sent the revised settlement agreement to Plaintiff's counsel for his signature and for Plaintiff to sign. Defendant anticipates receiving the executed settlement agreement from Plaintiff and her counsel in the next few days. Upon receiving the executed settlement agreement, the undersigned counsel will promptly seek supervisory approval to file

the settlement agreement with the Court as soon as possible. In light of the fact that the parties have agreed to settle this case, there is not a need for the Court to hold a status hearing in this matter.

Accordingly, for the foregoing reasons, the Court should vacate or continue the Status Hearing.

Dated: March 18, 2008.                                Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREN TAYLOR, | ) | |
| | ) | |
| | ) | : |
| Plaintiff, | ) | Civil Case No. 06-cv-01073-HHK |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZA RICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Vacate or Reschedule The Status Hearing of March 19, 2008, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Status Hearing set for March 19, 2008, be and is hereby VACATED and RESCHEDULED to ___ of March, 2008, at ____am/pm.

SO ORDERED.

_____
U.S. District Judge